FARMERS AND MECHANICS BANK *v.* JOHN T. O'REILLY ET AL.
(12905)

DUPONT, C. J., and FOTI and LAVERY, Js.

Argued September 13—decision released October 4, 1994

*John T. O'Reilly,* pro se, the appellant (named defendant).

*Theodore V. Raczka,* with whom, on the brief, was *Nancy Bazan,* legal intern, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.